| PROB 22 [EDTN51] (1/98) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 1:99CR00051-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec Court) |
| | 2:22-cr-00477-MCS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Elton F Thomas | ED/TN | Chattanooga |
| | NAME OF SENTENCING JUDGE | |
| FILED CLERK, U.S. DISTRICT COURT 10/17/2022 CENTRAL DISTRICT OF CALIFORNIA BY: CD DEPUTY | Curtis L Collier United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |

OFFENSE

NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised release named above be transferred with the records of the Court to the United States District Court for the **Central District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of the Court.*

| 08/24/2022 | /s/ |
|---|---|
| Date | Curtis L Collier United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **Central District of California**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

| 10/17/22 | [signature] |
|---|---|
| Effective Date | United States District Judge |